# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDWARD M. KOST,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. C10-1706-RSL-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Appeals Council shall supplement the record with the documents from the file that were mentioned in the Appeals Council's decision but were not identified as exhibits and entered into the record, and send plaintiff's attorney copies of the documents that will be added to the record.

On remand, plaintiff may present new arguments and evidence, if such evidence becomes available. The Appeals Council shall review and consider the supplemental record and any additional arguments brought by plaintiff. Finally, the Appeals Council shall issue a new decision addressing all issues.

A proposed order accompanies this Report and Recommendation.

DATED this 7th day of July, 2011.

JAMES P. DONOHUE
United States Magistrate Judge